UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14206
    DEBORAH A THOMAS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7388

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/07/2007 and was confirmed 10/17/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.55%.

    The case was dismissed after confirmation 01/23/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PEOPLES GAS LIGHT & COKE | UNSECURED | 11240.13 | .00 | .00 |
| BANK OF NEW YORK | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF NEW YORK | MORTGAGE ARRE | 492.06 | .00 | 492.06 |
| CITY OF CHICAGO DEPT OF | SECURED | 663.00 | .00 | 406.50 |
| COMMONWEALTH EDISON | UNSECURED | 3278.30 | .00 | .00 |
| BANK OF NEW YORK | UNSECURED | NOT FILED | .00 | .00 |
| NOONAN & LIEBERMAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| MARION CATHOLIC HIGH SCH | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 711.49 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 474.88 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 235.24 | .00 | .00 |
| VERONICA D JOYNER | DEBTOR ATTY | 2,699.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 61.44 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 960.00 | |
| PRIORITY | | .00 |
| SECURED | | 898.56 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 61.44 |
| DEBTOR REFUND | | .00 |
| TOTALS | 960.00 | 960.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 04/23/08                      /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE